UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR AMADEO HENRIQUEZ PAZ,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No. 20-cv-03136-JCS<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND INSTRUCTING THE U.S. MARSHAL TO SERVE PROCESS**<br><br>Re: Dkt. No. 2 |

Plaintiff Oscar Amadeo Henriquez Paz has filed an application to proceed in forma pauperis. Good cause having been shown, that application is GRANTED. No basis for dismissal under 28 U.S.C. § 1915(e)(2)(B) is apparent at this time. The Clerk is therefore instructed to issue summons and the United States Marshal is instructed to serve process on Defendants. This order is without prejudice to any argument Defendants might make after they are served and appear.

**IT IS SO ORDERED.**

Dated: May 7, 2020

JOSEPH C. SPERO
Chief Magistrate Judge